UNITED STATES of America,
Appellee,

v.

Sergey ALEYNIKOV, Defendant–Appellant.

No. 11–1126.

United States Court of Appeals,
Second Circuit.

Feb. 17, 2012.

Katherine Polk Failla, Joseph P. Facciponti, Esq., Justin S. Weddle, Assistant

United States Attorneys, United States Attorney's Office, New York, NY, for Appellee.

Kevin H. Marino, Marino, Tortorella & Boyle, P.C., Chatham, NJ, for Defendant–Appellant.

PRESENT: DENNIS JACOBS, Chief Judge, GUIDO CALABRESI and ROSEMARY S. POOLER, Circuit Judges.

The mandate is recalled, the order of February 16, 2012 is rescinded, and the following order is entered.

This Court's order issued earlier this date is hereby amended to the extent of granting to the district court judge, upon remand, discretion to set the terms and conditions of bail for the defendant pending issuance of the mandate.